BOWER, Respondent, v. CUSHMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by George Bower against E. Holbrook Cushman and others. No opinion. Motion for leave to appeal to the court of appeals denied. See 66 N. Y. Supp. 1103.

BRADLEY et al., Respondents, v. BRADLEY, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Nathaniel Bradley and Clarence P. Bradley against Peter B. Bradley. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except PARKER, P. J., and EDWARDS, J., who dissent.

BRADSHAW, Respondent, v. VILLAGE OF FULTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) In the matter of the petition of Reuben Bradshaw for the appointment of commissioners to determine the compensation to which he is entitled as against the village of Fulton. No opinion. Order affirmed, with $10 costs and disbursements.

BRASSEL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1900.) Action by Julia Brassel, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

BRENNAN, Appellant, v. BRENNAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by John Brennan against James Brennan and Cora Brennan. No opinion. Judgment affirmed, with costs. All concur, except McLENNAN, J., not voting.

BRIGGS et al. v. APPLEBY et al. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Action by Wilser A. Briggs and others against Charles E. Appleby and others. No opinion. Motion granted, with $10 costs.

BRITTON, Respondent, v. FERRIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Willis N. Britton against Charles J. Ferrin, Jr., and another. No opinion. Judgment and order affirmed, with costs.

BRODERICK v. ARCHIBALD et al. (Supreme Court, Appellate Division, Second Department. December 7, 1900.) Action by Matthew A. Broderick against Merritt L. Archibald (Camille E. Archibald, third party). Separate appeals by defendant and by said third party.

PER CURIAM. Jurisdiction to entertain these appeals is conferred by the charter of the city of Yonkers. The action of the city judge in prohibiting the judgment debtor from hearing the testimony of the third person was erroneous. The order appealed from is therefore reversed, with $10 costs and disbursements, and the case remitted to the city judge to proceed with the examination under the original orders, with the injunction continued.

BRUCE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Helen Bruce, as administratrix, against the Brooklyn Heights Railroad Company.

PER CURIAM. Order reversed, without costs. As there is an appeal here, not merely from the judgment, but from an order denying a motion for a new trial, we think it may be important to the appellant to lay the testimony in the case before the appellate court in the precise form in which it was given by the witnesses, inasmuch as the court, on appeal, is called upon to determine whether the verdict is against the weight of evidence or not.

BUACH, Appellant, v. CUMMINGS, Respondent. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Frederick A. Buach against Lowell M. Cummings. No opinion. Appeal dismissed under general rule No. 39.

BUFFALO NATURAL GAS FUEL CO., Respondent, v. BARBER'S ASPHALT-PAV. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by the Buffalo Natural Gas Fuel Company against the Barber's Asphalt-Paving Company. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 1127.

BUTTS et al., Respondents, v. CITY OF ROCHESTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by John De Witt Butts, suing on behalf of himself and others, etc., against the city of Rochester and Samuel B. Williams, as treasurer of the city of Rochester. No opinion. Judgment affirmed, with costs.

CABANA, Respondent, v. CYCLE TRADE JOURNAL PUB. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by Oliver Cabana, Jr., against the Cycle Trade Journal Publishing Company. No opinion. Appeal dismissed, with $10 costs.

CAMERON, Appellant, v. CAMERON et al., Respondents. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Charlotte Cameron against John L. Cameron and others. S. Seabury, for appellant. G. Nathan, for respondents. No opinion. Judgment affirmed, with costs.